**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WILLIE BROWN, | Case No.: 2:25-cv-01610-APG-BNW |
| Plaintiff | **Order Accepting Report and Recommendation and Dismissing Case** |
| v. | [ECF No. 3] |
| CITY OF NORTH LAS VEGAS POLICE DEPARTMENT, et al., | |
| Defendants | |

On March 16, 2026, Magistrate Judge Weksler recommended that I dismiss plaintiff Willie Brown's complaint with prejudice because the facts he alleges cannot support his claims for violations of the Eighth or Fourteenth Amendment as a matter of law. ECF No. 3.  Brown filed a document titled "Written Objection," but it contains only a petition started by Lashunda Woods asking people to sign the petition "to hold law enforcement accountable and ensure justice for" Brown. ECF No. 5 at 4-5.

The objection does not address the reasons Judge Weksler recommended dismissal with prejudice.  Specifically, it does not address that the Eighth Amendment does not apply because Brown's claims do not arise out of his incarceration and the Fourteenth Amendment does not confer a right to governmental aid. ECF No. 3 at 3-4.  Although I normally would allow a pro se litigant to amend, Brown has not indicated how he could amend and the facts he has alleged show no amendment could cure these issues.  He was not incarcerated at the time of the events, so the Eighth Amendment does not apply, and no amendment could change that.

Brown's Fourteenth Amendment claim is based on allegations that the police and 911 dispatchers did not appropriately respond to his calls for assistance. *See* ECF N0. 4.  But as Judge Weksler explained, there is no Fourteenth Amendment right to governmental aid.

I THEREFORE ORDER that Magistrate Judge Weksler's report and recommendation **(ECF No. 3) is accepted**, and plaintiff Willie Brown's complaint (ECF No. 4) is dismissed with prejudice.  The clerk of court is instructed to enter judgment accordingly and to close this case.

DATED this 7th day of April, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

2