# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

WILLIE BROWN,

    Plaintiff

v.

CITY OF NORTH LAS VEGAS POLICE DEPARTMENT, et al.,

    Defendants

Case No.: 2:25-cv-01610-APG-BNW

**Order**

On March 16, 2026, Magistrate Judge Weksler recommended that I dismiss plaintiff Willie Brown's complaint with prejudice because the facts he alleges cannot support his claims for violations of the Eighth or Fourteenth Amendment as a matter of law. ECF No. 3. Brown timely filed a document titled "Written Objection," but it contained only a petition started by Lashunda Woods asking people to sign the petition "to hold law enforcement accountable and ensure justice for" Brown. ECF No. 5 at 4-5. I accepted Judge Weksler's recommendation because the objection did not address the reasons Judge Weksler recommended dismissal and because Judge Weksler properly recommended dismissal with prejudice. ECF No. 7.

The day after I entered my order, an objection that Brown mailed on April 2, 2026 and that the clerk's office received on April 6, was docketed. ECF No. 6. Brown's objection was due March 30, so his objection is untimely. But I have nevertheless reviewed it, and it does not alter my decision. This case remains dismissed and closed.

DATED this 9th day of April, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE